HENRY LOELOFF, APPELLANT, v. KELLY PRESS DIVISION OF AMERICAN TYPE FOUNDRY COMPANY, RESPONDENT.

Argued February 17, 1933—Decided April 28, 1933.

For the appellant, *Russell Fleming*.

For the respondent, *Wall, Haight, Carey & Hartpence*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   12.

*For reversal*—None.